RECEIVED
Charlotte, N.C.
OCT 24 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:03CR86 |
| ELIJAH DAVIS | : |

### ORDER

**THE ABOVE DEFENDANT** had filed a timely notice of appeal to the Fourth Circuit Court of Appeals, and First Assistant Federal Public Defender William C. Ingram has been appointed by the Fourth Circuit as appellate counsel for the Defendant. Mr. Ingram has filed a motion requesting that he be provided a copy of the Defendant's Presentence Report so he can determine whether or not there are any sentencing issues to be presented in the appeal.

**FOR GOOD CAUSE SHOWN**, that motion is hereby granted, and the Court directs the United States Probation Office for the Western District of North Carolina to provide a copy of the Defendant's Presentence Report to Mr. Ingram immediately.

This the 27th day of Oct, 2005.

Graham C. Mullen
UNITED STATES DISTRICT JUDGE